FILED
2023 MAR 15 PM 12:28
CLERK
U.S. DISTRICT COURT

Jeff Katofsky, *Pro Se* Defendant
4558 Sherman Oaks Avenue
Sherman Oaks, CA 91403
(818) 990-1475
jeff@oremowlz.com
Representing: Defendant Jeff Katofsky Pro Se

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| TERRITORIAL BANK OF AMERICAN SAMOA, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>JEFF KATOFSKY, an individual; and SCENIC )<br>BISON OF CONSTANTINOPLE, INC., a )<br>California corporation, )<br>Defendants. ) | Civil Action No: _____<br><br>Case: 2:23-cv-00185<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 03/15/2023<br>Description: Territorial Bank of American Samoa v. Katofsky et al |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** Defendant Jeff Katofsky, *Pro Se* (hereinafter "Katofsky") hereby removes the above-captioned action to this Court from the Third Judicial District Court, Salt Lake County, State of Utah. As set forth below, Katofsky has complied with the statutory requirements for removal under 28 U.S.C. §§ 1441 and 1446, and this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. §1332(a).

### BACKGROUND

1. In or about January 30, 2023, Plaintiff Territorial Bank of American Samoa (collectively "Samoa) filed an amended complaint against Jeff Katofsky and Scenic Bison of Constantinople, Inc. (hereinafter collectively "Katofsky") in the Third Judicial District Court in and for the Salt Lake County, State of Utah, civil number 220907835 (hereinafter "State Court Action"). Plaintiffs bring claims for, *inter alia*, breach of contract.

1

2. Defendant Katofsky was served with a copy of the amended complaint on February 15, 2023. This removal petition is timely filed using such date. *See,* 28 U.S.C.§1446(b) (requiring removal within 30 days of receipt of initial pleading).
3. Defendant Katofsky will file a copy of this Notice of Removal with the Clerk of the Third Judicial District Court in an for Salt Lake County, State of Utah and will serve a copy on Plaintiffs, as required by 28 U.S.C. §1446(d).

**REMOVAL BASED ON TRADITIONAL DIVERSITY JURISDICTION**

4. Defendant Katofsky's basis for removal is diversity jurisdiction. Defendants are citizens of a different state than Plaintiffs, and the amount in controversy exceeds $75,000.00. 28 U.S.C. §1332(a).

5. Plaintiff is bank located in American Samoa. (See Amended Complaint ¶1).

6. Defendant Katofsky is, and at all relevant times was, an individual living in Los Angeles County, California. Katofsky is not, and was not at any relevant time, a citizen of the State of Utah. (See Amended Complaint ¶2).

7. Defendant Scenic Bison of Constantinople, Inc. ("Scenic") is, and at all relevant times was, a California corporation based in Los Angeles County, California. Scenic is not, and was not at any relevant time, a citizen of the State of Utah. (See Amended Complaint ¶3).

8. This is a civil action over which the Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and may be removed to this Court by the Defendant pursuant to the provision of 28 U.S.C. §1441(a) because it is a civil action between citizens of different states and the matter in controversy herein exceeds the sum or value of $75,000.00, exclusive of interest and costs.

9. Scenic submits to and does not object to this removal.

**RESERVATION OF RIGHTS**

10. Defendant Katofsky denies the allegations contained in the Amended Complaint and files this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in its favor in either State or Federal court, including issues of service of process and jurisdiction and venue.

11. Further, in making the allegations in this Notice of Removal, Defendant does not concede in any way the allegations in the Amended Complaint are accurate, that Plaintiff has asserted claims upon which relief can be granted, or that recovery of any of the amounts sought is authorized or appropriate.

12. Katofsky also reserves the right to amend or supplement this Notice of Removal. If any questions arise as to the propriety of the removal of this Action, Katofsky expressly requests the opportunity to present such further evidence as necessary to support its position that this Action is removable.

13. For the reasons state above, Defendant removes this Action, Civil number 220907835, currently pending in the Third Judicial District Court for Salt Lake County, State of Utah. Katofsky respectfully requests that this Court assume jurisdiction over this matter and grant Defendant Katofsky such other and further relief as this Court deems just and proper. (A copy of Plaintiff's Utah State Court, Salt Lake County case number 220907835 is attached to this Notice of Removal as Exhibit "A").

14. Katofsky, representing himself *pro se*, certifies that he will file a copy of this Notice of Removal with the Clerk of the Third Judicial District Court in and for Salt Lake County, Utah and will give notice of same to counsel for Plaintiffs.

DATED: March 15, 2023

Respectfully Submitted,

JEFF KATOFSKY, Pro Se
Defendant